UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Adams v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10114-DRH* |
| *Jessica and Cheyenne Allen v. Bayer Pharma AG, et al.* | *No. 3:11-cv-13141-DRH* |
| *Kim Allen v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10251-DRH* |
| *Brittany Bagnall v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13557-DRH* |
| *Julie Baker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13569-DRH* |
| *Christina Berninger v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10064-DRH* |
| *Emily Berry v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10118-DRH* |
| *Courtney Bigel v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13405-DRH* |
| *Rebecca Boren v. Bayer Corp., et al.* | *No. 3:11-cv-13604-DRH* |
| *Tara and Michael Burns v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10065-DRH* |
| *Katherine Campbell v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10161-DRH* |
| *Jillian Carpenter v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10269-DRH* |

| | |
|---|---|
| *Deborah Cobb v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10090-DRH* |
| *Nicole Daigle v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13466-DRH* |
| *Shelley Darby v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13302-DRH* |
| *Christina DiPierro v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10062-DRH* |
| *Jennifer Dombrowski v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13556-DRH* |
| *Christine Dorries v. Bayer Corp., et al.* | *No. 3:11-cv-12629-DRH* |
| *Tunisia Fitch v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10038-DRH* |
| *Ana Gadsby v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13562-DRH* |
| *Anissa Gallifent v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10155-DRH* |
| *Kimberly and John Hasenberg v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13305-DRH* |
| *Elizabeth Howard v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13576-DRH* |
| *Jolene Jaquez v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13422-DRH* |
| *Cheryl Kan v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13419-DRH* |
| *Rebecca Kinsey v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13463-DRH* |
| *Karen Kirk v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10115-DRH* |
| *Melissa Laws v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13464-DRH* |
| *Amber Melvin v. Bayer HealthCare* | *No. 3:11-cv-13312-DRH* |

| | |
|---|---|
| *Pharmaceuticals, Inc., et al.* | |
| *Amanda Montgomery v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13577-DRH |
| *Deshinae Petetant v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13432-DRH |
| *Sonya and Martin Porges v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13303-DRH |
| *Caurie Putnam v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10117-DRH |
| *Carole Reed v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13496-DRH |
| *Chantelle Sawyer v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10036-DRH |
| *Lisa Shortridge v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10043-DRH |
| *Ashley Trejo v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10057-DRH |
| *Debra Ward v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10041-DRH |
| *Chiquita Warren v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13306-DRH |
| *Whitney Wauters v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13618-DRH |
| *Kate Wilson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-13313-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court on defendant's

Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 25, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                                **NANCY J. ROSENSTENGEL,**
                                                **CLERK OF COURT**

                                        **BY:   /s/*Sara Jennings***
                                                **Deputy Clerk**

Dated:  June 25, 2013

David R. Herndon
2013.06.25
15:29:05 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT

4